IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED PARTNERSHIP,
a New Mexico limited partnership,

       Plaintiff,

vs.                                               Civ. No. 00-655 JC/WWD ACE

CONOCO, INC., a Delaware corporation, et al.,

       Defendants.

## MEMORANDUM OPINION AND ORDER

       This matter comes before the Court upon Defendants' motion to extend the stay order for an additional 30 days which was filed electronically on February 21, 2001 [docket no. 101]. The stay was entered in order to await the Court's ruling on Defendants' motion to dismiss. The motion to dismiss was denied on March 8, 2001; therefore, there is no reason to extend the stay.

       **WHEREFORE,**

       **IT IS ORDERED** that Defendants' Motion to Extend the Stay Order for an Additional 30 Days [docket no. 101] be, and it is hereby, DENIED.

                                                                                     _____
                                                                    UNITED STATES MAGISTRATE JUDGE