# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

       Plaintiff,

vs.                                                                  Civ. No. 00-655 JC/WWD ACE

CONOCO INC., a Delaware corporation,
AMOCO PRODUCTION COMPANY, a
Delaware corporation, and AMOCO ENERGY
TRADING CORP., a Delaware corporation,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court on Plaintiff's Motion for Expedited Briefing and Hearing on Plaintiff's Motions for Sanctions Against Defendants [docket no. 244].  The motion has been withdrawn with respect to Defendant Amoco.  It may be that certain deadlines in the lawsuit will have to be adjusted in order to accommodate the parties; however, I do not find that an expedited briefing and hearing on Plaintiff's Motion for Sanctions Against Defendants is necessary.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion for Expedited Briefing and Hearing on Plaintiff's Motions for Sanctions Against Defendants [docket no. 244] be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE