IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

       Plaintiff,

vs.                            Civ. No. 00-655 JC/WWD ACE

CONOCO INC., a Delaware corporation,
AMOCO PRODUCTION COMPANY, a
Delaware corporation, and AMOCO ENERGY
TRADING CORP., a Delaware corporation,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter having come before the Court upon; the Court having reviewed the

submissions of counsel; the Court being otherwise fully advised; and the Court finding that the

motion is not well taken:

**IT IS ORDERED** that Defendant Conoco Inc.'s Renewed Motion ...for Discovery Against

The New Mexico State Land Offices, and for Expedited Decision  (Docket #335) is **DENIED.**


_____
UNITED STATES MAGISTRATE JUDGE


-1-