IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

    Plaintiff,

vs.                                                     Civ. No. 00-655 JC/WWD (ACE)

CONOCO INC., a Delaware
corporation, AMOCO PRODUCTION
COMPANY a Delaware corporation,
and AMOCO ENERGY TRADING
CORP., a Delaware corporation,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Joint Motion to Compel Deposition of Stephen Elliott [docket no. 409] filed July 3, 2002. I have considered the questions raised with respect to an additional deposition of Stephen Elliott in connection with Plaintiff's Motion for Protective Order on which I have ruled today. When I ruled on the Motion for Protective Order, I also had before me the instant motion. I do not find that an additional deposition of Stephen Elliott is warranted.

**WHEREFORE,**

**IT IS ORDERED** that Defendants' Joint Motion to Compel Deposition of Stephen Elliott [docket no. 409] be, and it is hereby, DENIED.

                                                             _____
                                                            UNITED STATES MAGISTRATE JUDGE