## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

      Plaintiff,

vs.                                                     Civ. No. 00-655 MV/WWD (ACE)

CONOCO INC., a Delaware
corporation, AMOCO PRODUCTION
COMPANY a Delaware corporation,
and AMOCO ENERGY TRADING
CORP., a Delaware corporation,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Class' Renewed Motion for Order Prohibiting Compromise of Class Claims and for Expedited Briefing [docket no. 537]. The portion of the motion dealing with compromise of class claims will be ruled on by the Honorable Martha Vazquez. Under the circumstances here presented, including the recent change of trial judges in this matter, I see no necessity for expedited briefing on this motion.

**WHEREFORE,**

**IT IS ORDERED** that the portion of Class' Renewed Motion for Order Prohibiting Compromise of Class Claims and for Expedited Briefing which deals with expedited briefing is hereby DENIED.

                                                                                            _____
                                                                                    UNITED STATES MAGISTRATE JUDGE