# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

      Plaintiff,

vs.                                                       Civ. No. 00-655 LH/WWD (ACE)

CONOCO INC., a Delaware
corporation, AMOCO PRODUCTION
COMPANY a Delaware corporation,
and AMOCO ENERGY TRADING
CORP., a Delaware corporation,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Amoco Defendants' Motion for Protective Order on Plaintiff's Eleventh Request for Production of Documents and Fifth Set of Interrogatories (Docket # 448) filed July 23, 2002. The motion seeks a protective order relieving Amoco from answering or producing the materials sought in connection with Requests for Production 171 to 185 and Interrogatories Nos. 30 to 50 of the aforementioned sets. Amoco objects to all of the sought discovery on the grounds that it is untimely and excessive. There are other objections based on relevance, and some contending that the responses would be overly burdensome. The questions raised in the instant motion have been ruled on by the Court in the Memorandum Opinion and Order (Docket #577 ) entered September 5, 2002.

      **WHEREFORE,**

**IT IS ORDERED** that Amoco Defendants' Motion for Protective Order on Plaintiff's Eleventh Request for Production of Documents and Fifth Set of Interrogatories (Docket # 448) filed July 23, 2002, be, and it is hereby, **DENIED.**

_____
UNITED STATES MAGISTRATE JUDGE