IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

      Plaintiff,

vs.                                                       Civ. No. 00-655 LH/WWD (ACE)

CONOCO INC., a Delaware
corporation, AMOCO PRODUCTION
COMPANY a Delaware corporation,
and AMOCO ENERGY TRADING
CORP., a Delaware corporation,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant Conoco's Motion to Compel Discovery Responsive to Fifth Request for Production of Documents and Second Set of Interrogatories (Docket #462) filed August 2, 2002. Conoco seeks production of documents sought in its Requests for Production nos. 12 and 13. I have reviewed the submissions of counsel and I find that Plaintiff should produce the documents sought in Request No. 13 on or before September 30, 2002. No production will be ordered in connection with Request 12.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE