IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLIOTT INDUSTRIES LIMITED
PARTNERSHIP, a New Mexico
Limited Partnership,

      Plaintiff,

vs.                                                 Civ. No. 00-655 LH/WWD (ACE)

CONOCO INC., a Delaware
corporation, AMOCO PRODUCTION
COMPANY a Delaware corporation,
and AMOCO ENERGY TRADING
CORP., a Delaware corporation,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Class' Motion for Sanctions Against Amoco Defendants filed September 20, 2002 [docket no. 599]. In order to properly consider this motion, I need to review the matters claimed to be privileged which were not produced in compliance with my order of August 14, 2002.

**WHEREFORE,**

**IT IS ORDERED** that on or before November 8, 2002, Defendant Amoco Production Company shall deliver to the chambers of the undersigned for an *in camera* inspection all the Bates numbered documents referred to in the two privilege logs filed as Exhibit A to Class' Motion for Sanctions Against the Amoco Defendants.

_____
UNITED STATES MAGISTRATE JUDGE